**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**KEITH D. BREWER**                                                                                     **PETITIONER**

VS.                                    NO. 5:09-CV-00302-SWW-BD

**STATE OF ARKANSAS, et al.**                                                                      **RESPONDENTS**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Keith D. Brewer's petition for writ of habeas corpus (#2) and amended petition for writ of habeas corpus (#6) are DISMISSED without prejudice and his and motion for order (#4) is DENIED as moot this 11th day of January, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE